*(see, People v Dutcher,* 192 AD2d 1093, *lv denied* 81 NY2d 1072; *People v Herman,* 187 AD2d 1027). (Appeal from Judgment of Genesee County Court, Morton, J.—Burglary, 2nd Degree.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL B. COLLIER, Appellant. (Appeal No. 2.) [614 NYS2d 355] —Judgment unanimously affirmed. Same Memorandum as in *People v Collier* (204 AD2d 1064 [decided herewith]). (Appeal from Judgment of Genesee County Court, Morton, J—Burglary, 2nd Degree.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL B. COLLIER, Appellant. (Appeal No. 3.) [614 NYS2d 356] —Judgment unanimously affirmed. Same Memorandum as in *People v Collier* (204 AD2d 1064 [decided herewith]). (Appeal from Judgment of Genesee County Court, Morton, J. —Escape, 2nd Degree.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.

■■■ KEVIN KUHLMAN, Individually and as Administrator of the Estate of JENNIFER KUHLMAN, Deceased, Respondent, v WESTFIELD MEMORIAL HOSPITAL, INC., et al., Appellants. (Appeal No. 1.) [614 NYS2d 360] —Appeals from order insofar as court reserved decision unanimously dismissed *(see, Cobb v Kittinger,* 168 AD2d 923) and order affirmed with costs. (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Dismiss Action.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.

■■■ KEVIN KUHLMAN, Individually and as Administrator of the Estate of JENNIFER KUHLMAN, Deceased, Respondent, v WESTFIELD MEMORIAL HOSPITAL, INC., et al., Appellants. (Appeal No. 2.) [614 NYS2d 361] —Appeals from order insofar as court reserved decision unanimously dismissed *(see, Cobb v Kittinger,* 168 AD2d 923) and order affirmed with costs. (Appeals from Order of Supreme Court, Chautauqua County, Gerace, J.—Statute of Limitations.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.

■■■ PEOPLE, Respondent, v JOHN A. BURKE, SR., Appellant. [614 NYS2d 350] —Motion for writ of error coram nobis granted and order entered July 16, 1993 vacated. Memorandum: Defendant contends that he was denied effective assistance of